May it please the Court, Norma Aguilar, Federal Defenders, on behalf of Mr. Perez-Lemos and Your Honor, I would respectfully ask for two minutes for rebuttal. Here, the totality of the circumstances did not give the agents any reasonable suspicion to believe that the white sedan, the one that was driven by Mr. Perez-Lemos, was involved in any criminal activity in particular, that it was involved in the alien smuggling activity that they suspected. The anonymous tip was truly anonymous. There was no information whatsoever as to the reliability of the tipster, the source of the information. And the anonymous tip at issue here was a little different when it was described by both of the two testifying agents. So what we have as to the anonymous tip is really the subjective interpretations by the two different agents that testified what they believed that the tip said. Some of the information contradicted a little bit. But really what the Court found significant was this theory that the agents had developed as to scout cars. No people or bodies, as was described by the agents, were seen in the white sedan. They were only seen in the SUV. And so the tip did say there's a dark-colored SUV with a white sedan following behind. And then that was corroborated because they did see the SUV. So it wasn't an uncorroborated tip. They saw those cars. Well, it was somewhat corroborated in the sense that an SUV was described and then a white sedan was described. So to that extent, it was corroborated. But it wasn't corroborated, for example, to the extent that the tip in the United States. Morales was corroborated in that case. There was a license plate that was given. That particular license plate in that case didn't correspond to the car, but it had corresponded to the car previously. There was a new license plate in the case. But that itself was not enough to show that it was involved in illegal activity. And here, where no – where the white sedan was not observed to be involved directly in – involved in legal activity, and the agents had this theory that it was involved as a scout car, then it really was incumbent upon them to verify that this is – that this theory really bore out. But what was the tip exactly? I understand the two versions of the tip. The two versions of the tip, the first agent, the one that actually pulled over Mr. Perez, a dark-colored SUV with a white door sedan. There are bodies, you know, they are loading bodies into the – he said car, but then he later clarified, SUV. And the white vehicle is right behind it. That was the tip that was received by the agent that pulled over Mr. Perez. The second tip was, I believe it was a tan SUV, a Yukon, and a smaller white sedan were seen pulled over east of the mountain campground, and people were jumping into the back of the large SUV. So there was no evidence as to what the dispatcher actually heard. The tips do contradict each other a little bit, at least with respect to the color of the SUV, whether some of the detail that was included by Agent Sweet. And certainly – Can either of them say that the person – that there was a person who was involved in the loading of the individuals who was the driver of the white vehicle or was in the white vehicle or anything like that? Not at all. The first tip, the only thing it said was that it was behind it. This was the agent that actually pulled over Mr. Perez. The second tip said that it was pulled over on the side of the road, but none of them said that he – it was facilitating, that the driver was facilitating with the loading of the people into the SUV. And then the rest of it is that they saw the – they did see the two of them driving one after another for how long? For about six minutes. The cars were originally identified at 6.30. They were pulled over at 6.36, both of them. During that time when they were originally seen, Agent Zuniga, which was the agent that eventually stopped Mr. Perez, Agent Zuniga observed them one right after the other. But it was in a two-lane highway with one lane running north, one lane running south, so literally there was no other way to drive. At the time that he first observed them, there was a semi pulled over on the side of the road, and it was his impression that the semi was pulled over on the side of the road to allow both of the cars to be – to pass him. That was the impression of Agent Zuniga. So certainly they were close at that point, but he also testified that they were almost to a stop. That's how slowly they were driving. So that behavior doesn't really tell us anything about whether they were driving in tandem, particularly on a two-lane highway. And unlike in other cases, they weren't making U-turns together or driving left and right together or going in different roads together or anything. They were just driving straight on one road when there was no other way to go if you were behind a car. Correct. And that was the only time that they were ever observed to be driving close together was when they were basically slowing down to allow the semi to pull over. Who saw the – who saw silhouettes of people crouching down? That was Agent Zuniga. He did – he was the one that pulled over Mr. Perez, and he saw those people, but only as to the SUV. He didn't see anything suspicious at all with respect to the white sedan other than the fact that he thought it was suspicious that they were – Together. That they were together. And they weren't even together because – I mean, they were together at first, but at some point – They separated. Yeah. The agents had this theory about scout cars, and what they testified is that as scout cars that they can act either as lookout or as buffers. They would typically act as lookouts if they were in front, typically act as buffers if they were behind. But here – and lookouts would basically be – would go in front of a car to determine whether the checkpoint was open, buffers would act as space between it and law enforcement. Here, the white sedan was driving behind the SUV, and when it approached the second agent, it broke. It slowed down. And in a manner that Agent Zuniga testified, he believed it was suspicious that he was reacting to law enforcement. It's something that this court has indicated is normal behavior. But also, it contradicted their theory as to how scout cars operate, because it wasn't acting as a buffer in that case. It created – his slowing down created the space that permitted the second agent to get behind the SUV. And that was the – Agent Zuniga indicated that he said, thanks to the – I'm sorry, this is the wrong – it slowed – it allowed Agent Sweet's patrol guard to go behind the Yukon. And that was on page 36, I believe, of the record. And then once it slowed down – I'm sorry, it's on page 58. And then once it allowed Agent Sweet's car to go behind the Yukon, then at that point the white sedan sped up. And that was also on page 58. So it was that space – it was the slowing down behavior which allowed the agent, the second agent, to get in behind the white sedan, and which wholly contradicted their theory as to how scout cars would operate. But then doesn't he say that he was trying to catch up with the white sedan, and then it sped up, and he tries to get it again, and it speeds up again? So like an evasive maneuver, I believe. That was testimony on the next page. Well, once the sedan had slowed down to permit the agent to get behind the SUV, then it did speed up again. But he didn't speed up to speeds of 100, 120 miles an hour. He said that it sped up to about 70 miles an hour. So it wasn't the type of speed that, for example, was wholly inconsistent with normal driving behavior. And certainly the agent didn't indicate that 70 miles per hour was the kind of speed that is particular to alien smugglers, as opposed to just anyone who is driving in that area. And he says, you know, based on my experience, all of the things I've done in the past, he was just trying to get away from me, was his comment. Well, certainly this Court has indicated that people, that was his subjective interpretation. But when we're talking about officer experience, it's really important to look at what the underlying facts are that support that interpretation. And here, if he believed that that car was acting as a scout, despite the case that was created, they should have followed the car. Certainly they should have waited until to see whether it did go east towards the desert. But here their experience with scout cars was extremely limited. Agent Zuniga, in five years, he stopped personally 50 to 100 cars, and I believe he said he'd been involved in 100 other vehicle thefts. In that entire five-year career, 20 to 30 multi-car stops, and he didn't indicate how many of those involved scouts. But if this car was speeding up, how did he stop it eventually? If the car was ahead of him and speeding up, how was it ahead of him, Percival? It was behind the car that stopped the Yukon, but in front of the other Border Patrol agents? There were two Border Patrol vehicles, and the sequence eventually was once the white SUV and then Agent Zuniga was behind the white SUV. And then they passed where the Yukon had been stopped? Is that what happened? No, the Yukon failed to yield. The what? The Yukon failed to yield. Right. So they were pulled over. The Yukon failed to yield. My client pulled over. Was there any other traffic? So he pulled over. So it didn't fail. So it didn't fail to yield. Mine didn't. The SUV did fail to yield. So the speeding up, it didn't accomplish anything? No, it didn't. As soon as he was pulled over, as soon as he was asked to pull over, he did pull over. Okay. Was there other traffic on the road? There was no indication as to whether there was either way. Okay. Thank you. Thank you. You've more than used your time. Thank you. Please, the Court. George Hargit for the United States. Good morning. Perhaps I should start with stating the obvious, and that is that the agents had more than sufficient, founded suspicion to stop the load vehicle in this case. There was a tip, there were observations and so forth. But it's kind of distracting as a result, because you end up spending a lot of time in the briefs, and the district judge ends up spending a lot of time on that, which is obviously so. But then the question is, how does the white car hook up? Exactly. Exactly. So the question is whether or not there's reasonable suspicion. The agents had reasonable suspicion that the white car was tied in with the smuggling venture, which clearly there was evidence on. So that's why we need to look at what those factors are, what they could reasonably rely on. And we can start with the tip. And I believe it's been already explained here. Today's anonymous, no doubt about it. But that doesn't end the question. The issue is how reliable was that tip. And in Fernandez-Castillo. Well, what was the tip, first of all? I believe my counsel has accurately described the two different. Well, does it matter which version? I mean, if one of the versions is simply that the white car is following the other car and the other car has aliens in it, that's not much of a tip. If the other tip seems to say that at least that they were stopped together. Both tips, there was testimony from two different agents, Agent Zuniga and Agent Sweet. And Agent Zuniga testified that they were stopped together at the Mountain Empire campground area and that bodies were being loaded basically into the SUV. Agent Sweet basically said the same thing but added that it was a Yukon with some specificity and added that they, the vehicles, were leaving eastbound from the Mountain Empire campground. So the first one, the second one also said that they had been stopped together? Yes, that's correct. That wasn't how she read it. I'm sure she meant to say that because that's what the fact is. They were together in the campground, but the second one indicated that they were leaving together headed eastbound on Highway 94. Now, what's interesting is that the first time Agent Zuniga sees these vehicles, he's responding to this dispatch, which happens right away. And he is heading south on Buckman Springs Road. That's not Highway 94. But he sees the two vehicles heading north on Buckman Springs Road. So what does that tell the agent? They turned left on Buckman Springs Road together. So that's the first thing that raises suspicion and corroborates the tip. The second thing is that they're close together. There's no doubt about it that one of the reasons why they were close together was that there were some traffic problems, I think, because there was a semi pullover to the side of the road. So we've got the tip that has some detail. It has some predicted element because they're heading east, and it is contemporaneous. It's happening now. Wait a minute. I don't have the geography. But you said the road that they were on was not the road that the tip person said they were on. No. The tip talked about it being at the Mountain View campground, right? Right. And that is located on Highway 94. Okay. About 200 to 300 yards from the border. Notorious area for alien smuggling. The first time Agent Zuniga sees the vehicles is that those vehicles have headed east on 94 and then turned left on Buckman Springs Road, which is also S1, heading north on a different road. Away from the border. Away from the border. And Agent Zuniga is coming down Buckman Springs Road, hears that the tip has occurred regarding Mountain View campground. I'm getting the name wrong. He didn't hear anything about them going east. It was the other guy who heard them going east, right? Well, they heard the same dispatch, and Agent Zuniga testified that he didn't remember whether or not the dispatch revealed heading eastbound on 94. But Agent Sweet testified that he heard that dispatch and that they were heading eastbound on 94. But when Agent Zuniga first sees them, they're heading north on Buckman Springs Road. So they turn together, and they're going up the road. So Agent Zuniga says, okay, I think I've seen – well, first of all, he sees the people crouching behind the driver in the load vehicle. So we're already getting very strong evidence that there's a smuggling venture going on. The question is whether or not this white sedan is tied into it. So Agent Zuniga radios to have backup go further up Buckman Springs Road and sit by the side of the road, and that's Agent Sweet, to give him a second opinion about whether or not there's alien smuggling going on. Meanwhile, he does a U-turn on Buckman Springs Road and starts following the two vehicles. And when he gets to that point on the road behind the white sedan and behind the SUV, and he's at the point where he can see in the distance Agent Sweet's vehicle clearly on the side of the road, marked Border Patrol green stripe across the side of the vehicle, he sees the white sedan break from 50 to 60 miles per hour down to 30 to 40 miles per hour. Breaking in view of police has been recognized by this court as a factor to be considered in showing that a particular vehicle is involved in illegal activity. So now we've got the tip with some specificity, some predictive element, and it's contemporaneous. We have corroboration of the tip. I don't understand the predictive element. The tip was that they were going east on a certain road, and then we're not going east on that road. Right. Well, I say it's predictive element because this Court said the exact same thing in the Fernandez-Castillo case, where the whole tip was that they were headed eastbound on that same road, actually, in 94, and this Court said that that was a sufficient predictive element. But they weren't going eastbound on that road when he saw them. No, initially they were. He didn't see them. I'm sorry? He didn't see them on that road. No, no, no. They went eastbound on 94. He saw them on a road. There was a junction between the road he saw them and the road that they were driving on, and so it was consistent with the tip that they turned left to go north. From the campground, they had to drive east to get to the intersection with the road that Zuniga was coming down. So it was absolutely consistent. And the predictive element, I think, is pretty thin, but there it is. It's been described as a factor which raises this anonymous tip. There's no doubt about it. It's an anonymous tip to a level of reliability that certainly needs corroboration, which we have. And then we have the additional factors of the braking and then the speeding up later on. And then, of course, before Zuniga stops the white sedan, he hears that the load vehicle has failed to yield and has taken off. Ultimately, a spike strip has to be sent out, and the SUV is stopped that way, and all the occupants of the 10 Illegal Aliens run for the bushes. But the white car stops first. It's not clear which one stops first, but all the record shows is that the stop of the white car did not occur until after Agent Zuniga heard that the SUV had failed to yield. Now, the white sedan certainly did not fail to yield. And so they found a little bit of evidence in that car, and that's why we're here today. So I submit to you that there's reasonable suspicion, sufficient for the agents to believe that these two cars were acting in tandem. And once you resolve that issue, then all of the found of suspicion that relates to the load vehicle comes into play, and there was we're in good shape here. Thank you very much. Unless there are other questions. Thank you. Are there any questions of the panel? All right. Thank you. The case just argued is submitted for decision. We'll hear the next case. Well, the next case is Wallace v. Department of Transportation is submitted on the briefs. It's awarded. We will hear the next case for argument, which is Drobneki v. Hawaii Unified School District.
judges: Schroeder, Berzon, Ikuta